UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Felipe ZAMORA-Villela (D1)<br>and<br>Javier HERRERA-Valencia (D2) | Magistrate Case No. _____<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1324(a)(2)(B)(iii)-<br>Bringing in Illegal Alien<br>Without Presentation |

FILED
'08 MJ 2236   08 JUL 23 AM 9:59

The undersigned complainant being duly sworn states:

### Count I

On or about **July 21, 2008**, within the Southern District of California, defendants **Felipe ZAMORA-Villela (D1)** and **Javier HERRERA-Valencia (D2)**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Rosario Berenice GARCIA-Alvarez**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Alfredo Loperena, Enforcement Officer
Customs and Border Protection

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **23rd** DAY OF **July, 2008.**

_____
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that **Rosario Berenice GARCIA-Alvarez** is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material, that it is impracticable to secure her attendance at the trial by subpoena and that she is a material witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On July 21, 2008, at approximately 10:29 PM, **Felipe ZAMORA-Villela (D1)** made application for admission into the United States from Mexico through the Otay Mesa Port of Entry via vehicle lane 12. D1 was the driver of a 1983 Chevrolet Van and was accompanied by **Javier HERRERA-Valencia (D2)**. A pre-primary roving Customs and Border Protection (CBP) Officer made contact with D1. D1 presented his United States Passport as proof of admissibility to the United States. D2 was a passenger and presented his valid Permanent Resident Card (I-551).

During primary inspection, the CBP Officer suspected the United States Passport presented by D1 was altered. The vehicle registration provided to the CBP Officer did not indicate D1 or D2 as the registered owner. The CBP Officer referred the vehicle to secondary for further inspection.

In secondary, a CBP Canine Enforcement Officer utilized her Narcotic and Human Detector Dog to screen the vehicle. The canine alerted to the presence of contraband in the vehicle. Further inspection revealed one adult female concealed in a non-factory compartment inside the dashboard of the vehicle. The female could not extricate herself from the compartment and had to be assisted by officers. Four screws were removed from the dashboard, the dashboard was disassembled and the female was removed from the compartment.

The adult female admitted being a citizen of Mexico with no entitlements to enter or reside in the United States. She is now identified as **Rosario Berenice GARCIA-Alvarez** and held as a Material Witness in the case.

During a separate videotaped interview, the Material Witness freely admitted to being a citizen of Mexico with no legal documents to enter or reside in the United States. The material witnesses stated they she was going to pay a smuggling fee of $3,000.00 upon successfully crossing. Material Witness stated she was traveling to Los Angeles, California to seek employment.

Material Witness stated she was communicating with D2, in Spanish, while she was concealed in the compartment. D2 asked Material Witness if she was okay and if she was able to breathe. Material Witness stated D2 assured her they would be able to stop and get her out from the compartment if she did not feel well. Material Witness stated D2 told her it would be a "fast crossing" through the border crossing.