AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

|  |  |
|---|---|
|  | /s/ ERICA K. ZUNKEL |
| Date | Signature |
|  | Print Name                                         Bar Number |
|  | Address |
|  | City                    State                    Zip Code |
|  | Phone Number                                       Fax Number |

1  **ERICA K. ZUNKEL**
California State Bar No. 229285
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erica_zunkel@fd.org

5  Attorneys for Felipe Zamora-Villela

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                **(HONORABLE LEO S. PAPAS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08MJ2236-01 |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| FELIPE ZAMORA-VILLELA, | |
| Defendant. | |

   Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov; and

Thomas G. Gilmore
tgglaw@sbcglobal.net

                    Respectfully submitted,

DATED:   July 24, 2008          /s/ Erica K. Zunkel
                    **ERICA K. ZUNKEL**
                    Federal Defenders of San Diego, Inc.
                    Attorneys for Felipe Zamora-Villela