# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**PLEASE RECEIPT AND RETURN**

UNITED STATES OF AMERICA )  CASE NUMBER **08 MJ 2236**
)
vs )  ABSTRACT OF ORDER
)
**FELIPE ZAMORA-VILLELA** )  Booking No. _____
)
)
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **7/31/08** the Court entered the following order:

- ✓ Defendant be released from custody.
- ___ Defendant placed on supervised / unsupervised probation / supervised release.
- ___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- ✓ Defendant released on $ **20,000** bond posted.
- ___ Defendant appeared in Court. FINGERPRINT & RELEASE.
- ___ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
- ___ Defendant sentenced to TIME SERVED, supervised release for _____ years.
- ___ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court: _____ dismissing appeal filed.
- ___ Bench Warrant Recalled.
- ___ Defendant forfeited collateral.
- ___ Case Dismissed.
- ___ Defendant to be released to Pretrial Services for electronic monitoring.
- ___ Other. _____

**JAN M. ADLER**
UNITED STATES MAGISTRATE JUDGE

OR

Received _____  W. SAMUEL HAMRICK, JR.  Clerk
DUSM  by _____ Deputy Clerk

Crim-9 (Rev 6-95)  **B. LLOYD**  ★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY